MEMORANDUM

TO: Case File No. C04-1745Z/CR00-184Z
FROM: Darlene Moore
DATE: August 12, 2004
RE: Related actions for Francisco G. RABANG

---

    I have searched the computer for related actions on the above individual and have found the following:

On the computer:

    One case:

2:00-cr-00184-TSZ USA v. Rabang, et al
                      Date filed: 04/06/2000
                      Date terminated: 03/09/2001

## NO 28 U.S.C. § 1915(g) dismissals