04-CV-01745-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

FRANCISCO G. RABANG,          )
                              )
        Petitioner,           )      Case No. C04-1745-TSZ-JPD
                              )
        v.                    )
                              )
UNITED STATES OF AMERICA,     )      ORDER OF DISMISSAL
                              )
        Respondent.           )
                              )

The Court, having reviewed petitioner's 28 U.S.C. § 2255 motion, all papers and

exhibits in support and in opposition to that motion, the Report and Recommendation of the

Honorable James P. Donohue, United States Magistrate Judge, and the remaining record, does

hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Petitioner's § 2255 motion is DENIED, and this action is DISMISSED with

        prejudice; and

(3)     The Clerk is directed to send copies of this Order to the parties and to Judge

        Donohue.

DATED this 19 day of June, 2005.

                              THOMAS S. ZILLY
                              United States District Judge